# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD STEVENS LIBERATORE,<br><br>    Plaintiff,<br><br>    v.<br><br>COMPUTER TOWN TARANTULAS-<br>TRAN MEN.,<br><br>    Defendant. | Case No. 26-cv-03782-WHO (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff Ronald Stevens Liberatore states that his claims arise from violations that occurred in El Cajon, California, which lies in the Southern District of California. (Compl., Dkt. No. 1 at 1.)  Accordingly, this federal civil rights action is TRANSFERRED to the Southern District of California, wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred there.  *See* 28 U.S.C. §§ 84(d), 1391(b), and 1406(a).

The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:**  May 6, 2026

WILLIAM H. ORRICK
United States District Judge