UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD STEVENS LIBERATORE, CDCR #C-39610,<br>Plaintiff,<br>vs.<br>COMPUTER TOWN TARANTULAS-TRAN MEN.,<br>Defendant. | Case No.: 3:26-cv-02866-JO-MSB<br>**MINUTE ORDER: (1) DENYING REQUEST TO WAIVE COURT FEES AS BARRED BY 28 U.S.C. §1915(g); and**<br>**(2) DISMISSING CIVIL ACTION FOR FAILURE TO PAY FILING FEE REQUIRED BY 28 U.S.C. § 1914(a)** |

Plaintiff Ronald Stevens Liberatore, a state inmate proceeding without counsel, filed a civil rights action pursuant to 42 U.S.C. § 1983. He also filed a motion to waive court fees, which the Court will construe as a motion to proceed in forma pauperis ("IFP"). *See* Dkts. 1–2.

A prisoner with three or more "strikes," *i.e.*, prior civil cases or appeals dismissed as frivolous, malicious, or for failing to state a claim, "cannot proceed IFP" absent a plausible allegation of "imminent danger of serious physical injury" at the time of filing. *Andrews. v. King*, 398 F.3d 1113, 1116 n.1 (9th Cir. 2005) (quoting 28 U.S.C. § 1915(g)). Liberatore's many strikes disqualify him from proceeding IFP unless he can meet the imminent danger exception. *See Liberatore v. Tarantulas Co.*, No. 23-cv-01505-RS (PR),

2023 WL 5498058, at *2 (N.D. Cal. Aug. 23, 2023) (listing three Northern District of California cases, 18-cv-01556-RS, 18-cv-06579-RS, 18-cv-06579-RS, which were either dismissed as frivolous or for failure to state a claim for relief). As in prior complaints in which Liberatore asserted he was being surveilled or harassed by tarantulas, *id.*, Liberatore's claim here that tarantulas "decide when [he] excrete[s] human waste," Dkt. 1 at 3, is "clearly baseless, irrational and wholly incredible." *Liberatore*, 2023 WL 5498058, at *2. Without more, Liberatore's fantastical claim regarding tarantulas and their control of his digestive system is insufficient to allege imminent danger of future serious injury.

Accordingly, the Court **DENIES** Plaintiff's IFP motion [Dkt. 2] and **DISMISSES** this civil action *sua sponte* without prejudice for failing to prepay the $405 civil and administrative filing fees required by 28 U.S.C. § 1914(a). The Court also **CERTIFIES** that any IFP appeal from this order would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3). The Clerk of the Court is directed to close the file.

**IT IS SO ORDERED**.

Dated: August 31, 2026

Hon. Jinsook Ohta
United States District Judge